SINCLAIR REFINING COMPANY, Respondent, v. H. C. ROULSTON, INC., Appellant. — Action for damages to the plaintiff's building by reason of the defendant's carelessness in the operation of a motor truck which, it is claimed, was driven with violence off the public highway and against plaintiff's building. Defendant's motion for a bill of particulars was denied by the Special Term because the printed forms used on said motion contain many matters having no relevancy to the plaintiff's cause of action. Order affirmed, with ten dollars costs and disbursements, without prejudice to a renewal of said motion by the defendant upon proper papers. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

HARRY SPINGLER, Appellant, v. MARGARET R. SPINGLER, Respondent.— Order adjudging the plaintiff in contempt for claimed failure to make certain payments required to be made under a prior order reversed on the law, without costs, and the motion denied, without costs. The matter should not have been passed upon by the Special Term in view of it having been the subject of a similar motion made before Mr. Justice Hallinan, who had referred all or part of the matter to an official referee and which reference has not as yet been acted upon. The parties are remitted to that hearing before the official referee under the prior order of Mr. Justice Hallinan. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.